# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROUT HANDIAN,<br><br>Plaintiff,<br><br>v.<br><br>MARK SCOTT SHEPARD, et al.,<br><br>Defendants. | Case No. 1:22-cv-01280-ADA-SAB<br><br>ORDER GRANTING MOTION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 7) |

Plaintiff filed this action on October 7, 2022. (ECF No. 1.) A scheduling conference is currently set for January 5, 2023. (ECF No. 3.) Plaintiff had not returned service documents, and on December 20, 2022, the Court ordered Plaintiff to file a status report. (ECF No. 5.) On December 26, 2022, a summons was returned executed as to Defendant Susan Ward Tarner, and on December 27, 2022, Plaintiff filed a request to continue the scheduling conference. (ECF Nos. 6, 7.) The Court finds good cause to continue the scheduling conference in light of the Plaintiff's status report indicating that efforts are still ongoing to serve the other Defendant in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Plaintiff's motion, (ECF No. 7), is GRANTED;
2. The January 5, 2023, scheduling conference is CONTINUED to March 14, 2023, at 2:30 p.m., in Courtroom 9; and

3. The parties shall file a joint scheduling report at least seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**December 28, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE