# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROUT HANDIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK SCOTT SHEPARD, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01280-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 12) |

On February 8, 2023, the parties filed a second stipulation to extend the deadline for Defendant Mark Scott Shepard, d.b.a. Premier Financial Solutions, to respond to the complaint. (ECF No. 12.) The Court finds good cause exists to grant the request.[1]

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendant Mark Scott Shepard, d.b.a. Premier Financial Solutions to file a response to the complaint is extended to **March 1, 2023**.

IT IS SO ORDERED.

Dated:   **February 9, 2023**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Given this is the second extension, the stipulation requires approval of the Court, L.R. 144(a), and the parties are reminded of the requirement to submit a proposed order, which was not done.

1