UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROUT HANDIAN, | No. 1:22-CV-01280-ADA-SAB |
| Plaintiff, | ORDER REASSIGNING CASE |
| v. | |
| MARK SCOTT SHEPARD., | New Case No. **1:22-CV-01280-SAB** |
| Defendants. | |

All parties having indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).  (ECF Nos. 4, 16).

Accordingly, this Court REASSIGNS the action to United States Magistrate Judge Stanley A. Boone for all further proceedings.  To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents:  **1:22-CV-01280-SAB.**

IT IS SO ORDERED.

Dated:   April 26, 2023

UNITED STATES DISTRICT JUDGE

1