## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROUT HANDIAN,<br><br>             Plaintiff,<br><br>      v.<br><br>MARK SCOTT SHEPARD, et al.,<br><br>             Defendants. | Case No. 1:22-cv-01280-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 30)<br><br>**DEADLINE: FEBRUARY 1, 2024** |

This action was filed on October 7, 2022.  (ECF No. 1.)  On January 25, 2024, Plaintiff filed a notice of settlement.  (ECF No. 30.)  Plaintiff requests until February 1, 2024 to file dispositional documents.  Given the requested date is within twenty-one (21) days from the date of Plaintiff's notice of settlement, the Court finds good cause to set the deadline as requested.  See L.R. 160(b).

Accordingly, IT IS HEREBY ORDERED that:

1.      All pending dates and matters are VACATED; and

2.      The parties shall file dispositional documents on or before **February 1, 2024**.

IT IS SO ORDERED.

Dated:   **January 26, 2024**

UNITED STATES MAGISTRATE JUDGE

1